**DISMISS; and Opinion Filed October 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00643-CV

### DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., MINOR, Appellant

### V.

### PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90628.86**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Brown

By motion filed October 15, 2014, appellant requests the appeal be dismissed. *See* TEX.

R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.,* 43.2(f).


/Ada Brown/
ADA BROWN
JUSTICE


140643F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DENISE EDWARDS, INDIVIDUALLY
AND AS NEXT FRIEND OF G.E., A
MINOR, Appellant

No. 05-14-00643-CV          V.

PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY, Appellee

On Appeal from the 86th District Court,
Kaufman County, Texas
Trial Court Cause No. 90628.86.
Opinion delivered by Justice Brown. Justices
O'Neill and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Progressive County Mutual Insurance Company recover its costs, if any, of this appeal from appellant Denise Edwards, Individually and as next friend of G.E., a minor.

Judgment entered this 20th day of October, 2014.